UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SANDRA M. BAXTER,

     Plaintiff,

     v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

     Defendant.

Case No. C13-556-JLR

ORDER REVERSING AND REMANDING
CASE FOR FURTHER ADMINISTRATIVE
PROCEEDINGS

The Court, after careful consideration of the plaintiff's complaint, the Report and

Recommendation of the Honorable James P. Donohue, and the balance of the record, does

hereby find and ORDER:

    (1)    The Court adopts and approves the Report and Recommendation.

    (2)    The final decision of the Commissioner is REVERSED and the case is

REMANDED to the Social Security Administration for further administrative proceedings

consistent with the Report and Recommendation.

    (3)    The Clerk of the Court is directed to send copies of this Order to the parties and to

Judge Donohue.

    DATED this 26 day of _____July_____, 2013.

                               JAMES L. ROBART
                               United States District Judge

ORDER
PAGE - 1